[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-13192
Non-Argument Calendar
_____

D.C. Docket No. 7:14-cr-00001-HL-TQL-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEO MCTEAR, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(February 3, 2015)

Before ED CARNES, Chief Judge, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Rick D. Collum, appointed counsel for Leo McTear, Jr., has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the defendant's conviction and sentence are **AFFIRMED**.